IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/R. No.: 2:06-837 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VINCENT LEROY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion for a reduction of sentence, filed in this court on August 29, 2014. Defendant seeks a reduction of his sentence based on an Amendment to the United States Sentencing Guidelines, namely Amendment 782, effective November 1, 2014.

This Amendment reduces the Guidelines range for those sentences involving all drugs. Defendant is not eligible for consideration based upon this amendment to the sentencing guidelines because his sentence as an armed career criminal dictates his sentence, not the amount of drugs involved in the offense.

Defendant's motion is, therefore, **DENIED**.

**IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 25, 2014
Charleston, South Carolina